UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| SCENIC CITY FITNESS, INC., | ) | |
| | ) | |
| *Plaintiff/Appellant,* | ) | |
| | ) | Case No. 1:25-cv-286 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| PAUL A. RANDOLPH, | ) | |
| | ) | |
| *Defendant/Appellee.* | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| IN RE: SCENIC CITY FITNESS | ) | |
| | ) | |
| *Debtor*. | ) | |

## **MEMORANDUM & JUDGMENT ORDER**

Before the Court is the United States Trustee for Region 8's motion to dismiss this bankruptcy appeal because Appellant Scenic City Fitness, Inc., ("Scenic City") is a corporation attempting to represent itself in federal court. (Doc. 17.) Scenic City has not responded.

Under Federal Rule of Civil Procedure 41(b), "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." Fed. R. Civ. P. 41(b). Corporations must appear in federal court through counsel. "The law permits corporations … and other artificial entities… to appear in federal courts only through licensed counsel." *Rowland v. Cal. Men's Colony*, 506 U.S. 194, 195 (1993); *Nat'l Lab. Rels. Bd. v. Consol. Food. Servs.*, 81 F. App'x. 13, 14 n.1 (6th Cir. 2003) ("The law is well-settled that a corporation may appear in federal courts only through licensed counsel and not through the pro se representation of an officer, agent, or shareholder."). "Courts have dismissed a corporate party's claims for failure to prosecute" when a corporate party has attempted to proceed in

litigation without securing counsel. *Trucore Assocs. V. SSS Consulting, Inc.*, No. 3:05-cv-230, 2009 U.S. Dist. LEXIS 140804, at *13 (S.D. Ohio Jan. 15, 2009).

The Court finds that Scenic City has been dilatory in its management of this case. The Court has warned Scenic City that it may not appear in federal court without retaining an attorney. (Docs. 14, 15.) Close to ten months have passed and Scenic City has still failed to retain an attorney. Scenic City cannot prosecute this case in federal court *pro se*. Therefore, the Court **DISMISSES** the appeal for failure to prosecute.

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ *LeAnna Wilson*
  CLERK OF COURT

2